

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-20-00346-CV

**IN THE INTEREST OF J.V.O. AND J.R.O.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02697
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee, OAG's unopposed motion for extension of time to file brief is granted. We order the appellee's brief due March 1, 2021.

It is so **ORDERED** on this 22nd day of February, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court